[*Special Term, January,* 1871.]

EDWARD H. CAREY *v.* JARED W. POST.

In an action for services not upon an express contract, the petition must contain an averment that the services were rendered to the defendant on his request.

*Jordan, Jordan & Williams,* for plaintiff.

*Tilden, Stevenson & Goodman,* for defendant.

HAGANS, J.   This is a suit brought for services rendered in looking after the private interests of the defendant in the Mt. Auburn Street Railway Company for a period of fourteen months at $150 per month.   The petition does not allege that the services were rendered at defendant's request, and this omission is made the ground of a special demurrer.

This would not be a good *indebitatus* count before the Code, nor is it sufficient now.   Every fact which the plaintiff must prove to enable him to maintain his action, and which the defendant has a right to controvert in the answer, must be stated.   It must appear that the defendant either actually requested the services rendered or did that which would amount to a request.   It can not be said that there is justly due and owing to the plaintiff the amount

claimed (which is a conclusion of law) unless the services were rendered on request or what is tantamount. This would then be a contract by which the party is bound.

Demurrer sustained and leave to amend.